UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
LUIGI GIROTTO, :
:
                          Plaintiff, :
:          21-CV-6276 (VSB)
           -against- :
:                **ORDER**
EL POTE ESPANOL, INC. and 720 SECOND, :
LLC, :
                     Defendants. :
:
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       Plaintiff filed this action on July 23, 2021, (Doc. 1), and filed an affidavit of service on October 1, 2021, showing that Defendants were served on September 2, 2021, (Docs. 7 and 8). The deadline for Defendants to respond to Plaintiff's complaint was September 23, 2021. (*See* Docs. 7 and 8.) To date, Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than November 29, 2021. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    October 25, 2021
             New York, New York

                                                    VERNON S. BRODERICK
                                                    United States District Judge